# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1212
LT Case No. 2008-CF-002584

_____

CLINT HORVATT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Dane K. Chase, of Chase Law Florida, P.A., Saint Petersburg, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Stephen R.
Putnam, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

February 5, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and HARRIS and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____